**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Calvin Bernard GREEN, a/k/a Aaron O. Smith, Jr., a/k/a Calvin M. Green, a/k/a Calvin D. Smith, a/k/a Calvin Marvin Smith, a/k/a Calvin Darnell Green, a/k/a Budda Smith, a/k/a Calvin Darnell Smith, a/k/a William Mingo Johnson, Defendant—Appellant.**

No. 10–6210.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 22, 2010.

Decided: May 10, 2010.

Calvin Bernard Green, Appellant Pro Se. Joseph W.H. Mott, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Bernard Green seeks to appeal the district court's order denying his Fed. R.Civ.P. 59(e) motion to alter or amend the court's order dismissing his 28 U.S.C.A. § 2255 (West Supp.2009) motion. The orders are not appealable unless a circuit

justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484–85, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Green has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*